United States District Court
Southern District of Texas
**ENTERED**
April 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTHUR J. SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-401 |
| | § | |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Arthur J. Smith's motion for entry of default and for default judgment on liability, (Docket Entry No. 10), is denied. The Houston Independent School District filed a waiver of service. (Docket Entry No. 12). The motion is moot.

SIGNED on April 14, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge