United States District Court
Southern District of Texas
**ENTERED**
April 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTHUR J. SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-401 |
| | § | |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, *et al*. | § § | |
| Defendants. | § | |

## ORDER

Plaintiff's counsel, Don Tuan Nguyen and Jones and Associates PLLC, filed a motion to withdraw as attorney of record. That motion, (Docket Entry No. 20), is granted. Plaintiff also filed a motion to extend the time to find new counsel and to respond to the motion to dismiss (Docket Entries No. 19, 21). Those motions are also granted. New counsel must file a notice of appearance by June 17, 2016. A hearing is set for **June 21, 2016, in Courtroom 11-B, at 8:30 a.m.** All counsel must attend, and any unrepresented party must attend.

SIGNED on April 28, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge