United States District Court
Southern District of Texas
**ENTERED**
January 17, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTHUR J. SMITH, | § |
| Plaintiff, | § § § |
| v. | §   CIVIL ACTION NO. H-16-401 |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, *et al*. | § § § |
| Defendants. | § § |

## FINAL JUDGMENT

The defendants' joint motion to dismiss the complaint, (Docket Entry No. 38), is granted. In accordance with this court's Memorandum and Opinion of today's date, this action is dismissed with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on January 17, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge